**William P. TROLINGER,
Plaintiff—Appellant,**

v.

**William O.E. HENRY, Chief United States Probation Officer; David Wonneman; United States Probation and Pretrial Services Offices, Defendants—Appellees.**

No. 07–6269.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2007.

Decided: July 25, 2007.

William P. Trolinger, Appellant Pro Se. James A. Frederick, Goodell, Devries, Leech & Dann, LLP, Baltimore, Maryland, for Appellees.

Before WILKINSON and KING, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William P. Trolinger appeals the district court's order denying relief on his challenge to the application of 42 U.S.C. § 14135a (West 2005 & Supp.2007) and the order denying in part his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Trolinger v. Henry,* No. 1:06–cv–01551–WMN (D. Md. Dec. 20, 2006; Jan. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*